IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY S. HOWARD**                                                                         **PLAINTIFF**
**#79081**

V.                               **CASE NO. 4:22-cv-01091 JM**

**RAINWATER, Lawyer at**
**Rainwater Holt & Sexton**, *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Cody S. Howard reports that officials with the Pulaski County Detention Facility have refused to assist him in completing the required documentation so that he can timely file his motion to proceed *in forma pauperis*. (Doc. 4). Accordingly, the Court will seek the Detention Facility's Administrator's assistance in this matter. The Clerk of the Court is directed to send a copy of this Order to: Detention Facility Administrator, Pulaski County Detention Facility, 3201 West Roosevelt Rd., Little Rock, Arkansas 72204. The Clerk of the Court is also directed to send Howard a blank § 1983 form as well as another IFP application, including a certificate and calculation sheet, along with a copy of this Order. If Howard continues to have problems getting his IFP paperwork completed, he should notify the Court.

In order to continue with this case, Howard must either pay the $402 filing and administrative fee, or file a completed IFP application, including a signed certificate and calculation sheet by January 9, 2023. If he does not do so, his case will be dismissed without prejudice. Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE