# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CODY S. HOWARD** **PLAINTIFF**
**#79081**

V.   CASE NO. 4:22-cv-01091 JM

**RAINWATER, Lawyer at**
**Rainwater Holt & Sexton;**
**SEXTON, Lawyer at Rainwater**
**Holt & Sexton** **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE